**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY MASLANKA & DAVID FREIFELD, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:24-cv-02399 |
| v. | ) ) | Hon. Lindsay C. Jenkins |
| BAIRD & WARNER, INC., an Illinois corporation, | ) ) ) | |
| *Defendant*. | ) ) ) | |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's July 10, 2024 Minute Order (Dkt. 27), Plaintiffs, Mary Maslanka & David Freifeld, and Defendant, Baird & Warner, Inc., by and through their undersigned counsel, respectfully submit the following Joint Status Report.

1.      On April 16, 2024, the Court stayed all proceedings in this matter pending the outcome of the Parties' mediation. (Dkt. 18).

2.      On August 1, 2024, the Parties attended an in-person mediation before the Honorable James F. Holderman (ret.) of JAMS Chicago.

3.      The Parties' mediation was productive. Although the Parties have not yet reached a settlement, they have continued to exchange information and engage in settlement discussions.

4.      Accordingly, the Parties propose that this matter remain stayed, and that another joint status report be due within 30 days, or by September 12, 2024.

Dated: August 13, 2024                    Respectfully and jointly submitted,

MARY MASLANKA & DAVID                    BAIRD & WARNER, INC.
FREIFELD, individually and on behalf

of similarly situated individuals

By: /s/ *Paul T. Geske*        
One of Plaintiffs' attorneys

Evan Meyers
Paul T. Geske
Brendan Duffner
Colin P. Buscarini
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
Fax: (312) 275-7895
emeyers@mcgpc.com
pgeske@mcgpc.com
bduffner@mcgpc.com
cbuscarini@mcgpc.com

Jonathan M. Jagher
FREED KANNER LONDON &
MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
jjagher@fklmlaw.com

Matthew W. Ruan
FREED KANNER LONDON &
MILLEN LLC
100 Tri-State International, Ste. 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
mruan@fklmlaw.com

*Counsel for Plaintiffs and the putative classes*

By: /s/ *M. Patrick Yingling*       
One of Defendant's attorneys

M. Patrick Yingling (ARDC 6325099)
Timothy R. Carwinski (ARDC 6299248)
REED SMITH LLP
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
Tel: 312-207-1000
mpyingling@reedsmith.com
tcarwinski@reedsmith.com

Michelle A. Mantine (admitted PHV)
REED SMITH LLP
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15222
Tel: 412-288-4268
mmantine@reedsmith.com

James R. Figliulo (ARDC 6183947)
Jeffery M. Cross (ARDC 0547980)
Joseph L. Fogel (ARDC 6193383)
SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312.360.6000
Fax: 312.360.6520
jfiglliulo@sgrlaw.com
jcross@sgrlaw.com
jfogel@sgrlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 13, 2024 I caused the foregoing *Joint Status Report* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*