**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARY MASLANKA & DAVID FREIFELD, individually and on behalf of similarly situated individuals, ) ) ) ) *Plaintiff*, ) ) v. ) ) BAIRD & WARNER, INC., ) an Illinois corporation, ) ) *Defendant*. ) ) | No. 1:24-cv-02399  Hon. Lindsay C. Jenkins |

## JOINT STATUS REPORT

Pursuant to the Court's August 14, 2024 Minute Order (Dkt. 29), Plaintiffs, Mary Maslanka & David Freifeld, and Defendant, Baird & Warner, Inc., by and through their undersigned counsel, respectfully submit the following Joint Status Report.

1. On April 16, 2024, the Court stayed all proceedings in this matter pending the outcome of the Parties' mediation. (Dkt. 18).

2. On August 1, 2024, the Parties attended an in-person mediation before the Honorable James F. Holderman (ret.) of JAMS Chicago.

3. The Parties' mediation was productive, and with the mediator's assistance, the Parties have reached an agreement as to a framework for a settlement that, if finalized, will resolve this matter in its entirety.

4. Accordingly, the Parties propose that this matter remain stayed, and that another joint status report be due within 60 days, or by November 11, 2024.

| | |
|---|---|
| Dated: September 12, 2024 | Respectfully and jointly submitted, |
| MARY MASLANKA & DAVID FREIFELD, individually and on behalf of similarly situated individuals | BAIRD & WARNER, INC. |
| By: /s/ *Paul T. Geske*<br>One of Plaintiffs' attorneys | By: /s/ *M. Patrick Yingling*<br>One of Defendant's attorneys |
| Evan Meyers<br>Paul T. Geske<br>Brendan Duffner<br>Colin P. Buscarini<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>Fax: (312) 275-7895<br>emeyers@mcgpc.com<br>pgeske@mcgpc.com<br>bduffner@mcgpc.com<br>cbuscarini@mcgpc.com | M. Patrick Yingling (ARDC 6325099)<br>Timothy R. Carwinski (ARDC 6299248)<br>REED SMITH LLP<br>10 S. Wacker Dr., 40th Fl.<br>Chicago, IL 60606<br>Tel: 312-207-1000<br>mpyingling@reedsmith.com<br>tcarwinski@reedsmith.com |
| Jonathan M. Jagher<br>FREED KANNER LONDON & MILLEN LLC<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Tel: (610) 234-6487<br>jjagher@fklmlaw.com | Michelle A. Mantine (admitted PHV)<br>REED SMITH LLP<br>225 Fifth Ave., Suite 1200<br>Pittsburgh, PA 15222<br>Tel: 412-288-4268<br>mmantine@reedsmith.com |
| Matthew W. Ruan<br>FREED KANNER LONDON & MILLEN LLC<br>100 Tri-State International, Ste. 128<br>Lincolnshire, IL 60069<br>Tel: (224) 632-4500<br>mruan@fklmlaw.com | James R. Figliulo (ARDC 6183947)<br>Jeffery M. Cross (ARDC 0547980)<br>Joseph L. Fogel (ARDC 6193383)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel: 312.360.6000<br>Fax: 312.360.6520<br>jfiglliulo@sgrlaw.com<br>jcross@sgrlaw.com<br>jfogel@sgrlaw.com |
| *Counsel for Plaintiffs and the putative classes* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 12, 2024 I caused the foregoing *Joint Status Report* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Paul T. Geske*