**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Mary Maslanka, et al.
                              Plaintiff,

v.                                          Case No.: 1:24−cv−02399
                                            Honorable Lindsay C. Jenkins

Baird & Warner, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 13, 2024:

    MINUTE entry before the Honorable Lindsay C. Jenkins: The parties have reached a framework for settlement so all matters in the case remain stayed. A joint status report is now due by November 11, 2024. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.