**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY MASLANKA & DAVID FREIFELD, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:24-cv-02399 |
| v. | ) ) | Hon. Lindsay C. Jenkins |
| BAIRD & WARNER, INC., an Illinois corporation, | ) ) ) ) | |
| *Defendant*. | ) ) | |

**JOINT MOTION TO CONTINUE DEADLINE TO PROPOSE A DATE**
**FOR FILING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

Pursuant to the Court's November 12, 2024 Minute Order (Dkt. 33), Plaintiffs, Mary Maslanka and David Freifeld, and Defendant, Baird & Warner, Inc., by and through their undersigned counsel, respectfully move to continue the January 16, 2025 deadline for the Parties to propose a date for filing a motion for preliminary approval of their settlement. In support of this Joint Motion, the Parties state as follows:

1. As reported in prior filings, the Parties in this matter have attended a full-day mediation with the Honorable James F. Holderman (ret.) of JAMS Chicago and reached an agreement as to a framework for a settlement that will allow them to resolve this matter in its entirety once the agreement is finalized and approved. (Dkt. 32).

2. On November 11, 2024, the Parties filed a joint status report informing the Court that, following the mediation, "the Parties have continued working cooperatively and have made further progress toward finalizing their agreement." (*Id.*).

1

3. Since filing the last status report in this matter, the Parties have made further progress and have continued working cooperatively with the mediator in coordination with proceedings and settlement efforts in other matters, some of which are pending in this District and before this Court.

4. The Parties require additional time to coordinate these efforts and finalize the settlement. Accordingly, the Parties respectfully request that the Court continue the January 16, 2025 deadline to propose a date by for filing a motion for preliminary approval of the settlement agreement to March 17, 2025. Until that time, the Parties respectfully request that this matter remain stayed.

Dated: January 16, 2025                    Respectfully and jointly submitted,

| | |
|---|---|
| MARY MASLANKA & DAVID FREIFELD, individually and on behalf of similarly situated individuals | BAIRD & WARNER, INC. |
| By: /s/ *Paul T. Geske* <br> One of Plaintiffs' attorneys | By: /s/ *Michelle A. Mantine* <br> One of Defendant's attorneys |
| Evan Meyers <br> Paul T. Geske <br> Brendan Duffner <br> Colin P. Buscarini <br> MCGUIRE LAW, P.C. <br> 55 W. Wacker Drive, 9th Fl. <br> Chicago, IL 60601 <br> Tel: (312) 893-7002 <br> emeyers@mcgpc.com <br> pgeske@mcgpc.com <br> bduffner@mcgpc.com <br> cbuscarini@mcgpc.com | M. Patrick Yingling (ARDC 6325099) <br> Timothy R. Carwinski (ARDC 6299248) <br> REED SMITH LLP <br> 10 S. Wacker Dr., 40th Fl. <br> Chicago, IL 60606 <br> Tel: 312-207-1000 <br> mpyingling@reedsmith.com <br> tcarwinski@reedsmith.com |
| Jonathan M. Jagher <br> FREED KANNER LONDON & MILLEN LLC <br> 923 Fayette Street <br> Conshohocken, PA 19428 <br> Tel: (610) 234-6487 | Michelle A. Mantine (admitted PHV) <br> REED SMITH LLP <br> 225 Fifth Ave., Suite 1200 <br> Pittsburgh, PA 15222 <br> Tel: 412-288-4268 <br> mmantine@reedsmith.com <br><br> James R. Figliulo (ARDC 6183947) <br> Jeffery M. Cross (ARDC 0547980) <br> Joseph L. Fogel (ARDC 6193383) |

jjagher@fklmlaw.com

Matthew W. Ruan
FREED KANNER LONDON &
MILLEN LLC
100 Tri-State International, Ste. 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
mruan@fklmlaw.com

*Counsel for Plaintiffs and the putative classes*

SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312.360.6000
Fax: 312.360.6520
jfiglliulo@sgrlaw.com
jcross@sgrlaw.com
jfogel@sgrlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 16, 2025 I caused the foregoing *Joint Motion to Continue Deadline to Set a Date for Filing Plaintiffs' Motion for Preliminary Approval* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                                /s/ *Paul T. Geske*