# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Mary Maslanka, et al.
                                Plaintiff,

v.                                             Case No.: 1:24–cv–02399
                                                       Honorable Lindsay C. Jenkins

Baird & Warner, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The joint motion to continue [35] is granted. The parties are to propose a date for filing their motion for preliminary approval of the settlement agreement by March 17, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.