UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY MASLANKA & DAVID FREIFELD, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:24-cv-02399 |
| v. | ) ) | Hon. Lindsay C. Jenkins |
| BAIRD & WARNER, INC., an Illinois corporation, | ) ) ) ) | |
| *Defendant*. | ) ) | |

**SECOND JOINT MOTION TO CONTINUE DEADLINE TO PROPOSE A DATE
FOR FILING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

Pursuant to the Court's January 17, 2025 Minute Order (Dkt. 36), Plaintiffs, Mary Maslanka and David Freifeld, and Defendant, Baird & Warner, Inc., by and through their undersigned counsel, respectfully move to continue the March 17, 2025 deadline for the Parties to propose a date for filing a motion for preliminary approval of their settlement. In support of this Joint Motion, the Parties state as follows:

1. This case is among a number of actions pending in this District that have been brought on behalf of putative classes of homebuyers asserting antitrust claims against residential real estate brokerages.

2. Plaintiffs' counsel have reported in several of these cases that they've successfully reached agreements in principle with the defendants as to a tentative class settlement.[1]

---

[1] Minute Order, *Tuccori v. At World Properties, LLC*, No. 1:24-cv-00150 (N.D. Ill. June 5, 2024), ECF No. 22; Joint Status Report at 1-2, *Wallach v. Silvercreek Realty Group LLC*, No. 1:24-cv-3356 (N.D. Ill. Jan. 31, 2025), ECF No. 30; Joint Status Report, *Hartz v. Real Estate One, Inc.*, 1:24-cv-03160 (N.D. Ill. Jan.

1

3.       As reported in prior filings in this action, the Parties attended a full-day mediation with the Honorable James F. Holderman (ret.) of JAMS Chicago and reached an agreement in principle as to a framework for a settlement that will allow them to resolve this matter in its entirety if the agreement is finalized and approved. (Dkt. 32). Similarly, on November 11, 2024, the Parties filed a joint status report informing the Court that, following the mediation, "the Parties have continued working cooperatively and have made further progress toward finalizing their agreement." (*Id.*).

4.       In the interest of efficiency and conserving resources for distribution to the putative class members, Plaintiffs' counsel are attempting to effectuate a settlement of this case in coordination with the settlements in the other cases that they have brought against brokerages and other alleged co-conspirators.

5.       The Parties are still working cooperatively and require additional time to coordinate these efforts and finalize the settlement. Accordingly, the Parties respectfully request that the Court continue the March 17, 2025 deadline to propose a date by for filing a motion for preliminary approval of the settlement agreement to May 16, 2025. Until that time, the Parties respectfully request that this matter remain stayed.

| | |
|---|---|
| Dated: March 17, 2025 | Respectfully and jointly submitted, |
| MARY MASLANKA & DAVID FREIFELD, individually and on behalf of similarly situated individuals | BAIRD & WARNER, INC. |
| By: /s/ *Paul T. Geske* <br> One of Plaintiffs' attorneys | By: /s/ *Michelle A. Mantine* <br> One of Defendant's attorneys |
| Evan Meyers <br> Paul T. Geske | M. Patrick Yingling (ARDC 6325099) <br> Timothy R. Carwinski (ARDC 6299248) |

---

27, 2025), ECF No. 30; Joint Status Report and Notice of Settlement in Principle at 1-2, *Lopez v. NextHome, Inc. et al.*, 24-cv-11735 (N.D. Ill. Feb. 19, 2025), ECF No. 23.

Brendan Duffner
Colin P. Buscarini
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
pgeske@mcgpc.com
bduffner@mcgpc.com
cbuscarini@mcgpc.com

Jonathan M. Jagher
FREED KANNER LONDON &
MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
jjagher@fklmlaw.com

Matthew W. Ruan
FREED KANNER LONDON &
MILLEN LLC
100 Tri-State International, Ste. 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
mruan@fklmlaw.com

*Counsel for Plaintiffs and the putative classes*

REED SMITH LLP
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
Tel: 312-207-1000
mpyingling@reedsmith.com
tcarwinski@reedsmith.com

Michelle A. Mantine (admitted PHV)
REED SMITH LLP
225 Fifth Ave., Suite 1200
Pittsburgh, PA 15222
Tel: 412-288-4268
mmantine@reedsmith.com

James R. Figliulo (ARDC 6183947)
Jeffery M. Cross (ARDC 0547980)
Joseph L. Fogel (ARDC 6193383)
SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312.360.6000
Fax: 312.360.6520
jfiglliulo@sgrlaw.com
jcross@sgrlaw.com
jfogel@sgrlaw.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 17, 2025 I caused the foregoing *Joint Motion to Continue Deadline to Set a Date for Filing Plaintiffs' Motion for Preliminary Approval* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                                      /s/ *Paul T. Geske*