UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARY MASLANKA & DAVID FREIFELD, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:24-cv-02399 |
| v. | ) ) | Hon. Lindsay C. Jenkins |
| BAIRD & WARNER, INC., an Illinois corporation, | ) ) ) ) | |
| *Defendant*. | ) ) | |

**JOINT MOTION TO CONTINUE DEADLINE TO PROPOSE A DATE
FOR FILING PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**

Pursuant to the Court's March 18, 2025 Minute Order (Dkt. 38), Plaintiffs, Mary Maslanka and David Freifeld, and Defendant, Baird & Warner, Inc., by and through their undersigned counsel, respectfully move to continue the May 16, 2025 deadline for the Parties to propose a date for filing a motion for preliminary approval of their settlement. In support of this Joint Motion, the Parties state as follows:

1. This case is among a number of actions pending in this District that have been brought on behalf of putative classes of consumers asserting antitrust claims against residential real estate brokerages.

2. Plaintiffs' counsel recently filed a Motion to Relate and Reassign Cases Pursuant to Local Rule 40.4, requesting that this matter be deemed related to *Tuccori v. At World Properties, LLC*, No. 1:24-cv-00150 (N.D. Ill.) (Jenkins, J.) as well as four other real estate brokerage antitrust cases. (*See generally* Dkt. 39-1, the "Motion to Relate").

3. As explained in the Motion to Relate, Plaintiffs' counsel have reached agreements

1

in principle as to tentative class settlements with a number of the defendants in the cases subject to the Motion to Relate, and "[u]pon finalizing the settlements, Plaintiffs' counsel intend to seek approval of the settlements concurrently and with a coordinated notice and claims process to conserve resources for distribution to the putative class members." (*Id.*).

4. Having agreed to a framework for settlement, the Parties are still working cooperatively and require additional time to coordinate these efforts and finalize the settlement. Accordingly, the Parties respectfully request that the Court continue the May 16, 2025 deadline to propose a date by for filing a motion for preliminary approval to July 8, 2025 in order to align with the current schedule in the *Tuccori* action. No. 1:24-cv-00150, ECF No. 39.

Dated: May 16, 2025                                         Respectfully and jointly submitted,

| | |
|---|---|
| MARY MASLANKA & DAVID FREIFELD, individually and on behalf of similarly situated individuals | BAIRD & WARNER, INC. |
| By: /s/ *Paul T. Geske* <br> One of Plaintiffs' attorneys | By: /s/ *Michelle A. Mantine* <br> One of Defendant's attorneys |
| Evan Meyers <br> Paul T. Geske <br> Brendan Duffner <br> Colin P. Buscarini <br> MCGUIRE LAW, P.C. <br> 55 W. Wacker Drive, 9th Fl. <br> Chicago, IL 60601 <br> Tel: (312) 893-7002 <br> emeyers@mcgpc.com <br> pgeske@mcgpc.com <br> bduffner@mcgpc.com <br> cbuscarini@mcgpc.com | M. Patrick Yingling (ARDC 6325099) <br> Timothy R. Carwinski (ARDC 6299248) <br> REED SMITH LLP <br> 10 S. Wacker Dr., 40th Fl. <br> Chicago, IL 60606 <br> Tel: 312-207-1000 <br> mpyingling@reedsmith.com <br> tcarwinski@reedsmith.com <br> <br> Michelle A. Mantine (admitted PHV) <br> REED SMITH LLP <br> 225 Fifth Ave., Suite 1200 <br> Pittsburgh, PA 15222 <br> Tel: 412-288-4268 <br> mmantine@reedsmith.com |
| Jonathan M. Jagher <br> FREED KANNER LONDON & MILLEN LLC <br> 923 Fayette Street <br> Conshohocken, PA 19428 <br> Tel: (610) 234-6487 | James R. Figliulo (ARDC 6183947) <br> Jeffery M. Cross (ARDC 0547980) <br> Joseph L. Fogel (ARDC 6193383) |

jjagher@fklmlaw.com

Matthew W. Ruan
FREED KANNER LONDON &
MILLEN LLC
100 Tri-State International, Ste. 128
Lincolnshire, IL 60069
Tel: (224) 632-4500
mruan@fklmlaw.com

*Counsel for Plaintiffs and the putative classes*

SMITH, GAMBRELL & RUSSELL, LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel: 312.360.6000
Fax: 312.360.6520
jfiglliulo@sgrlaw.com
jcross@sgrlaw.com
jfogel@sgrlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 16, 2025 I caused the foregoing *Joint Motion to Continue Deadline to Set a Date for Filing Plaintiffs' Motion for Preliminary Approval* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                                                            /s/ *Paul T. Geske*