# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Mary Maslanka, et al.
                              Plaintiff,

v.                                                  Case No.: 1:24−cv−02399
                                                    Honorable Lindsay C. Jenkins

Baird & Warner, Inc.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, May 19, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: Joint motion to continue deadline to propose a date for filing Plaintiffs' motion for preliminary approval [40] is granted. The court will address next steps after the motion for relatedness in Tuccori v. At World Properties, LLC, No. 1:24−cv−00150 is resolved. Mailed notice. (jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.