# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Mary Maslanka, et al.

                Plaintiff,

v.

Baird & Warner, Inc.

                Defendant.

Case No.: 1:24–cv–02399
Honorable Lindsay C. Jenkins

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 22, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The court has granted the motion to consolidate this case with Tuccori v. At Properties, 24–cv–150. The Clerk of Court is directed to close this matter for administrative and statistical purposes. All further filings shall be made in the consolidated case, Tuccori, 24–cv–150. The Clerk is further directed to transfer all attorney appearances in the individual related matters to case 24–cv–150. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.